**Order filed May 7, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00484-CR

### KENNETH BROUSSARD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 61,951**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and

34.6(g)(2), that it must inspect the original of **State's Exhibit # 2 (DVD).**

The clerk of the 239th District Court is directed to deliver to the Clerk of this court the original

of State's Exhibit # 2 (DVD), on or before **May 17, 2012.** The Clerk of this court is directed to

receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for

their inspection; and, upon completion of inspection, to return the original of State's Exhibit # 2

(DVD), to the clerk of the 239th District Court.

PER CURIAM